THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERESA CASTEEL,<br><br>　　　　Plaintiff,<br>v.<br><br>MONTEREAU, INC.,<br><br>　　　　Defendant. | Case No.: 21-CV-229-JED-SH |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**Come Now** the Parties Theresa Casteel and Montereau Inc., by and through counsel of record, Caleb Salmon and Steven Broussard and stipulate to the dismissal of all claims against all parties with prejudice to the re-filing thereof. Each party shall bear its own costs and attorney fees.

　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　s/ Caleb Salmon
　　　　　　　　　　　　　　　　　Caleb Salmon, OBA No. 32272
　　　　　　　　　　　　　　　　　AIZENMAN LAW GROUP
　　　　　　　　　　　　　　　　　5800 E. Skelly Dr., Suite 575
　　　　　　　　　　　　　　　　　Tulsa, OK 74135
　　　　　　　　　　　　　　　　　P: 918-426-4878
　　　　　　　　　　　　　　　　　F: 918-513-6080
　　　　　　　　　　　　　　　　　caleb@aizenmanlaw.com
　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*


　　　　　　　　　　　　　　　　　s/ Steven Broussard
　　　　　　　　　　　　　　　　　Steven Broussard
　　　　　　　　　　　　　　　　　HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.
　　　　　　　　　　　　　　　　　320 South Boston Avenue
　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　Tulsa, OK  74103
　　　　　　　　　　　　　　　　　Phone: (918)-594-0400
　　　　　　　　　　　　　　　　　Fax: (918)-594-0505
　　　　　　　　　　　　　　　　　Attorneys for Montereau, Inc.